391 A.2d 683

Commonwealth v. Hickenbottom, Appellant.

Submitted March 20, 1978. Edward F. Kane, for appellant; Eric J. Cox, Assistant District Attorney, and William T. Nicholas, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN and PRICE, JJ., dissented and would hold the extension of time to have been improperly granted.